IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATALIA CHAROFF
    *Plaintiff*,

v.

MARMAXX OPERATING CORP.
d/b/a TJ MAXX; TJX COMPANIES, INC.
d/b/a TJ MAXX; and, TJ MAXX
DEPARTMENT STORE
    *Defendants*.

CIVIL ACTION
NO. 18-4712

**ORDER**

AND NOW, this 7th day of April 2020, upon consideration of: Defendants' Motion for Summary Judgment (ECF No. 18); Plaintiff's Response thereto (ECF Nos. 21, 22); and, all Replies and Supplements by each side (ECF Nos. 26, 27, 28, 29, 30), it is hereby ORDERED as follows:

(1) Defendants' Motion for Summary Judgment (ECF No. 18) is DENIED in accordance with this Court's accompanying Memorandum;

(2) On or before May 29, 2020,[1] the parties shall either schedule a settlement conference with United States Magistrate Judge Lynne A. Sitarski, or participate in the Court-Annexed Mediation Program at no cost to either side. A list of approved mediators participating in the Program may be found at: http://www.paed.uscourts.gov/documents2/mediation; and,

(3) Within fourteen (14) days of settlement/mediation proceedings, the parties shall provide this Court with a jointly prepared written status report, filed via the court's Electronic Case Filing system.

BY THE COURT:

/s/ C. Darnell Jones, II  J

---

[1] This date takes into account the current "Stay at Home" mandate currently in effect as a result of the COVID19 pandemic. Inasmuch as it is impossible for anyone to know when said mandate will be lifted, the court shall accommodate a joint request for extension of this date by the parties, if the need arises.